# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| RODERICK SCOTT REECE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| BELLE TIRE DISTRIBUTORS, INC., | ) ) |
| Defendant. | ) CASE NO. 2:23-cv-00328-JPH-MJD ) |

> The court acknowledges the Joint Stipulation of Dismissal, Dkt. [20]. The Clerk is DIRECTED to close this case on the docket. JPH 4/9/2024. Distribution via ECF.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Roderick Scott Reece, and Defendant, Belle Tire Distributors, Inc., by their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate and agree to the dismissal, with prejudice, of the above-captioned civil action in its entirety. Each party shall bear its own fees, costs, and expenses.

Respectfully submitted,

*/s/ Robert K. Kondras, Jr.* (permission via email)
Robert K. Kondras, Jr.
Attorneys for Plaintiff
Hassler, Kondras, Miller LLP
100 Cherry St.
Terre Haute, IN  47807
kondras@hkmlawfirm.com

*/s/ Laurie E. Martin*
Laurie E. Martin (26877-49)
Co-Counsel for Defendant
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
lmartin@hooverhullturner.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon all registered users of record via the Court's Electronic Notification system, this 8th day of April 2024.

*/s/ Laurie E. Martin*